# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CASHMEIR T. WILLIAMS,<br><br>                      Defendant. | Case No. 20-CR-171-JPS<br><br>**ORDER** |

On September 15, 2020, the grand jury returned a one-count Indictment charging Defendant with violating 18 U.S.C. § 922(g)(1) and 924(a)(2). ECF No. 1. On May 23, 2022, the parties filed a plea agreement, indicating that Defendant intended to plead guilty to the single count in the Indictment. ECF No. 42.

The parties appeared before Magistrate Judge Stephen Dries on June 1, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 43. Defendant consented to appear via videoconference. *Id.* Defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offense. *Id*.

Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 44.

Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 2. To date, no party has filed such an objection.

Magistrate Judge Dries additionally recommended that this Court, pursuant to the requirements of Section 15002(b)(2) of the CARES Act, make a finding that accepting the Defendant's felony plea via videoconference was appropriate because the plea could not be further delayed without serious harm to the interests of justice. *Id.* at 1–2. Defendant, having tested positive for COVID-19 the morning of his scheduled plea colloquy, but still wishing to plead guilty and accept the consequences of his actions, consented to appear via videoconference. *Id.* The Court finds that such acceptance of the plea was appropriate because acting otherwise would have postponed resolution of this case, adversely impacting the interests of justice.

The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto and having found Defendant's appearance and plea via videoconference were appropriate, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen Dries's Report and Recommendation, ECF No. 44, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 17th day of June, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge